UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

IN RE:

**CIVIL INVESTIGATIVE DEMAND**                    **NO. 1:23-mc-8-DMB-DAS**
**NO. 2023-076**

## ORDER

On July 24, 2023, the United States of America ("United States") filed a petition seeking summary enforcement of a Civil Investigative Demand (CID) issued to the respondent Alledra Trice. Docket 1. According to the Petition, the United States issued and served CID 2023-076 on Ms. Trice to obtain her oral testimony in connection with its False Claims Act investigation into her application for and receipt of loans under the Paycheck Protection Program to determine whether a violation of 31 U.S.C. § 3729 had occurred.

The United States represents that Ms. Trice failed to appear for her oral testimony pursuant to CID 2023-076 and did not petition to modify or set aside CID 2023-076 or otherwise interpose any valid objection recognized by law. The United States asked this court to enter "an Order to Show Cause directing Alledra Trice to show cause as to why she should not be compelled to comply with CID 2023-076" and "an Order directing Trice to comply with CID 2023-076" on or before a date certain.

On November 8, 2023, this court entered a Show Cause Order directing the United States to personally serve Ms. Trice with its Petition for Summary Enforcement of CID 2023-076 and a copy of the Show Cause Order which further directed Ms. Trice to show cause within 30 days of service as to why she should not be compelled to comply with CID 2023-076. Docket 3. The United States filed its proof of service on December 19, 2023, indicting service of process on December 18, 2023. Docket 4. As of the date of this order, Ms. Trice has not responded or appeared in this action.

Because the Government has made the necessary showing for the court to enforce the CID and because Ms. Trice did not timely seek to modify or set aside the CID, the court **GRANTS** the Petition to enforce the CID. Alledra Trice is ordered to comply with CID 2023-076 and provide her oral testimony on a date and time to be selected by the Government, but no later than **May 31, 2024**. If Ms. Trice fails to comply with any of the requirements of this Order, she may be held in contempt of court.

**SO ORDERED,** this the 13th day of March, 2024**.**

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE